**Mary E. FIELDS, Plaintiff–Appellant,**

v.

**COMMONWEALTH; Aaron Wiggins; Andre Riddick; James Adkins; Anthony Terry; Maryland State Police, Defendants–Appellees.**

No. 03–6603.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 4, 2003.

Mary E. Fields, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Mary E. Fields appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to pay the initial partial filing fee as ordered. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Fields v. Commonwealth,* No. CA–03–110 (E.D.Va. Apr. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*